IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY J. CARROLL, | |
| Plaintiff, | **8:21CV266** |
| vs. | |
| CAMERON LIEWER, ANDREW CORBIN, BRITTANY MARKER, TYLER STENDER, KOLTON NEUHAUS, JAMES BEAVER, JAMES JOHNSON, HUNTER LEWIS, CHRIS LUEBE, JULIE BATENHORST, ALYSSA COLVER, RAY PARTEE, JERRY HEMIK, RAY WINTERS, KRISS BOE SIMMONS, DIANE SCHUMUCHER, MARSHA SCHWARTZ, PATRICIA TRUE, KAIN SPARR, MIKE MEJSTRIK, JUVET CHE, DON WHITMIRE, COREY BANKS, STEPHANIE OWENS, ANDREW ENGLISH, EDGAR OLIRAN, and STEPHANIE BEASLEY, | **ORDER** |
| Defendants. | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28

U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 22nd day of July, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge