IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY J. CARROLL, | |
| Plaintiff, | 8:21-CV-266 |
| vs. | |
| ANDREW CORBIN, et al., | ORDER |
| Defendants. | |

IT IS ORDERED:

1. The plaintiff's motion to extend (filing 36) is granted.

2. The plaintiff may respond to the defendants' motion to dismiss (filing 14) on or before January 12, 2022.

3. The defendants may reply in support of their motion on or before January 19, 2022.

Dated this 13th day of December, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge